# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

## CLERK'S MINUTES

CASE NO.: 1:20CR084

UNITED STATES OF AMERICA

V.

Cary Dewayne Cranford

DATE: July 9, 2026

TIMES: 10:35 - 10:59

**Honorable:** Brian K. Epps, United States Magistrate Judge    **Courtroom Deputy:** Courtnay Capps

**Court Reporter:** FTR

**Probation Officer:** Thomas    **Security:** Douglas    **USMS:** Adams, Ketellar

**Attorney for Government:** Henry Syms

**Attorney for Defendant(s):** Brooks Hudson

**PROCEEDINGS:**    **INITIAL APPEARANCE/SUPERVISED RELEASE REVOCATION    (Felony)**

- [x] Defendant advised of allegations
- [x] Defendant advised of rights
- [ ] Defendant waives Detention Hearing
- [ ] Defendant requests time to prepare for Detention Hearing
- [ ] Detention Hearing scheduled for:
- [ ] Detention Hearing held
- [ ] Defendant waives Preliminary Hearing
- [ ] Defendant requests time to prepare for Preliminary Hearing
- [ ] Preliminary Hearing scheduled for:
- [ ] Preliminary Hearing held
- [ ] Witness for the Govt:
- [ ] Witness sworn
- [ ] Witness for the Def:
- [ ] Witness sworn
- [ ] Defendant Detained Pending Detention or Preliminary Hearing
- [ ] Defendant Detained Pending Final Revocation Hearing
- [ ] Defendant released

NOTES:

After extensive conversation with counsel and Defendant the Court found reasonable cause to believe Defendant is incompetent and ordered him be committed to the custody of USMS pending a psychological evaluation. Order to be entered by the Court.