IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-084 |
| | ) | |
| CARY DEWAYNE CRANFORD | ) | |

_____

**O R D E R**

_____

At his initial appearance on revocation proceedings on July 9, 2026, Defendant spoke to people not present in the Courtroom, gesticulated wildly, and claimed, among other nonsensical things, that God is his father and Lucifer is his brother. Instead of signing his name on the financial affidavit, Defendant wrote "X666EEL00MEFNDTEE666." (Doc. no. 67.)

There is reasonable cause to believe Defendant may suffer from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, Accordingly, the Court **ORDERS,** pursuant to 18 U.S.C. §§ 4241 and 4247, a psychiatric evaluation to determine whether Defendant may suffer from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. It is also appropriate that Defendant be evaluated pursuant to 18 U.S.C. § 4242 to determine the existence/non-existence of insanity at the time of the alleged violations of the conditions of supervised release. The examination shall be conducted as set forth below.

**IT IS HEREBY ORDERED** that Defendant Cary Dewayne Cranford be placed in a facility to be designated by the United States Bureau of Prisons to be examined as to his mental condition and to determine his sanity at the time of the alleged violations pursuant to 18 U.S.C. §§ 4241 and 4242.  Defendant is also directed to cooperate and comply with all scheduled appointments as deemed necessary by the psychiatrist and/or psychologist in order to complete the mental evaluation.

**IT IS FURTHER ORDERED** that the designated facility's examiners shall make a written report of their findings, pursuant to 18 U.S.C. § 4247.  The Court **DIRECTS** the service of the report by email to Courtnay_Capps@gas.uscourts.gov, with a copy to Assistant United States Attorney Henry Wayne Syms, Jr., Hank.Syms@usdoj.gov, and to defense counsel D. Brooks K. Hudson, bhudson@hullbarrett.com.  The examiners shall prepare a report which shall include:

1. Defendant's history and present symptoms;

2. a description of the psychiatric, psychological, and medical tests that were employed and their results;

3. the examiners' findings; and

4. the examiners' opinions as to diagnosis, prognosis and

(a) whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he  is unable to understand the nature and consequences of the proceedings against him and to assist properly in his defense;

(b) whether Defendant was insane at the time of the violations charged; that is, as a result of a severe mental disease or defect, whether Defendant was unable to appreciate the nature and quality or wrongfulness of his acts; and

(c) whether Defendant is suffering from a mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility.

**IT IS FURTHER ORDERED** that Defendant be transported by the United States Marshal to a suitable facility for the examination referred to above; and the Marshal is **ORDERED** to return Defendant following the examination.  The Court **DIRECTS** the **CLERK** to serve a copy of this Order on the United States Marshal to ensure compliance therewith.

The Court **STAYS** all proceedings with respect to Defendant, including his initial appearance on the motion on revocation of supervised release, pending the mental examination.

SO ORDERED this 9th day of July, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3